**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DARRYL JOEL MCKENZIE,

       Plaintiff,

v.                                     Case No. 3:09-cv-475-J-32TEM

CAPT. JASON STEVENS, et al.,

       Defendants.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, an inmate of the Florida penal system proceeding pro se and in forma pauperis, initiated this action by filing a Civil Rights Complaint Form (Doc. #1) (hereinafter Complaint) on May 28, 2009.  The Prison Litigation Reform Act amended 28 U.S.C. § 1915 by adding the following subsection:

> (g)  In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

1

The Court takes judicial notice of case number 99-14374-Civ-MIDDLEBROOKS (brought by Plaintiff in the United States District Court for the Southern District of Florida), which was dismissed for failure to state a claim upon which relief may granted.  Additionally, this Court takes judicial notice of the following two filings brought by Plaintiff in this Court that were dismissed for his abuse of the judicial process: case number 3:09-cv-220-J-34JRK and case number 3:09-cv-221-J-25JRK.[1]

Because Plaintiff has had three or more qualifying dismissals and is not under imminent danger of serious physical injury,[2] his application to proceed in forma pauperis will be denied and this action will be dismissed without prejudice.  Plaintiff may initiate a new civil rights action by filing a new civil rights complaint form and paying the full $350.00 filing fee.

Therefore, it is now

**ORDERED AND ADJUDGED:**

1.      Plaintiff's request to proceed in forma pauperis (Doc. #2) is **DENIED**.

2.      This case is hereby **DISMISSED** without prejudice.

3.      The Clerk of the Court shall enter judgment dismissing this case without prejudice.

---

[1] The Eleventh Circuit has noted that "dismissal for abuse of the judicial process is precisely the type of strike that Congress envisioned when drafting section 1915(g)."  Rivera v. Allin, 144 F.3d 719, 731 (11th Cir. 1998).

[2] Although Plaintiff alleges that several of the Defendants threatened him and used excessive force against him in the past, he does not allege that he is currently in any imminent danger of serious physical injury.

4.    The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 8th day of June, 2009.

TIMOTHY J. CORRIGAN
United States District Judge

ps 6/1
c:
Darryl Joel McKenzie